## FARMERS BANK & TRUST CO et v COOPER TIRE & BATTERY CO

Ohio Appeals, 1st Dist, Hamilton Co
Decided Jan 13, 1930

For full opinion see 173 NE 743; 32 O & R 267; 37 Oh Ap 54 (Oh Bar 1-20-31).